UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARGERY LEWIS,

    Plaintiff,

v.                                                   Case No.  5:05-cv-197-Oc-10TBS

WYETH, INC., WYETH
PHARMACEUTICALS, INC.,
FSI LEDERLE, PHARMACIA & UPJOHN
COMPANY, LLC, PHARMACIA
CORPORATION, PFIZER, INC., WARNER
CHILCOTT, BRISTOL-MYERS SQUIBB
COMPANY,

    Defendants.

_____

## ORDER

The United States Judicial Panel on Multidistrict Litigation has issued an order remanding this case to this Court from the Eastern District of Arkansas and lifting the stay. (Doc. 12.)  Attached to the Conditional Remand Order is a copy of the MDL Pretrial Order For Remanded Cases and Fourth Suggestion of Remand issued by the transferee Court in the Eastern District of Arkansas which details for the benefit of this Court the events that have taken place in the MDL proceeding.  In view of the fact that the stay has been lifted and this case remanded to this Court for further proceedings the Clerk has reopened the case.

When this case was transferred to the MDL proceeding in October 2005, it was in its early stages and the parties had not yet filed a case management report.

Accordingly, the parties are directed to meet[1] for the purpose of preparing and filing a case management report as required by Local Rule 3.05(c)(2)(B) and file the joint case management report by March 30, 2012.  Further, a telephonic preliminary pretrial conference is scheduled before Magistrate Judge Thomas B. Smith on Tuesday, April 3, 2012 at 10:00 a.m.  Counsel for Plaintiff shall initiate the telephone conference call through use of a conference operator. After counsel for Defendants have been added to the conference, the Court should be contacted at (352) 369-4875 to join the conference call.[2]

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 12, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

All Counsel
Donna DeNicola, Courtroom Deputy

---

[1] The parties are authorized to conduct the case management conference telephonically if they wish to do so.

[2] The quality of the audio connection is compromised by the use of cell phones or speaker phones and counsel are requested not to use those devices during the call.

-2-